IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

S.E.B.M., a minor, by and through her next friend,
MARIA MENDEZ FELIPE,

    Plaintiff,                                                             No. 21-cv-00095-JHR-LF

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER

Before the Court is the parties' Stipulated Motion to Hold Action in Abeyance for Sixty (60) Days.  Based on the reasons provided in the stipulated motion, and good cause appearing therefor, the Court orders that this action, including all proceedings and case deadlines, shall be held in abeyance for sixty (60) days to allow the parties to focus their attention on settlement discussions.

    **IT IS SO ORDERED.**

DATED:  May 18, 2021

                                                                             _____
                                                                             JERRY H. RITTER
                                                                             UNITED STATES MAGISTRATE JUDGE
                                                                             *Presiding by Consent*