IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

S.E.B.M., a minor, by and through her next friend,
MARIA MENDEZ FELIPE,

    Plaintiff,                                                No. 21-cv-00095-JHR-LF

    v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER

Before the Court is the parties' Stipulated Motion to Hold Action in Abeyance for an Additional Sixty (60) Days. Based on the reasons provided in the stipulated motion, and good cause appearing therefor, the Court orders that this action, including all proceedings and case deadlines, shall be held in abeyance for an additional sixty (60) days to allow the parties to focus their attention on settlement discussions. The stay will end on Wednesday, September 15, 2021 unless further extended by the Court.

    **IT IS SO ORDERED.**

DATED: July 27, 2021

_____
JERRY H. RITTER
United States Magistrate Judge