IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

S.E.B.M., a minor, by and through her next friend,
MARIA MENDEZ FELIPE,

      Plaintiff,                                          No. 21-cv-00095-JHR-LF

   v.

THE UNITED STATES OF AMERICA,

      Defendant.

### CORRECTION TO STIPULATED MOTION
### TO HOLD ACTION
### IN ABEYANCE FOR AN ADDITIONAL SIXTY (60) DAYS

Plaintiff and Defendant United States of America, constituting all parties appearing in this action, through undersigned counsel of record hereby jointly file this corrected motion in order to fully apprise the Court of the status of this case and the need for the stay of proceedings.

1.    On Wednesday, December 15, 2021, the parties moved this Court to extend the stay of proceedings for sixty days, or until February 15, 2021. (Doc. 32) As grounds for the stay, the parties explained that the negotiations that had commenced in May of 2021 for a global settlement of all pending Family Separation FTCA federal court actions and administrative claims were ongoing. Additionally, the Plaintiff requested additional time to find local co-counsel because co-counsel David Urias has been nominated to the federal bench.

2. At the time the parties filed the joint motion, all of the undersigned counsel were of the belief that the negotiations with the United States were ongoing and progressing and that additional time was needed due to the complexity and breadth of the settlement process. This representation was made to this Court in good faith.

3. The following day, Thursday December 16, 2021, the Department of Justice notified all those who were participating in the settlement discussions that the negotiations had concluded, thus, those grounds no longer pertain.

4. Irrespective of the end of the settlement discussions, the Plaintiff still has the need to find replacement local counsel and for that reason continues to request the additional 60 days to do so.

Respectfully submitted this 20th day of December 2021.

<div style="margin-left:50%">

/s/ David H. Urias  
David H. Urias  
FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD, P.A.  
20 First Plaza, Suite 700  
Albuquerque, New Mexico 87108  
(505) 842-9960  
dhu@fbdlaw.com  

/s/ Lisa Lehner  
Lisa Lehner, Fla. Bar 382191  
Jennifer Coberly, Fla. Bar No. 930466  
AMERICANS FOR IMMIGRANT JUSTICE  
6355 NW 36 Street, Suite 2201  
Miami, FL 33166  
Phone: (305) 573-1106 Ext. 1995  
Fax: (305) 576-6273  
llehner@aijustice.org  
jcoberly@aijustice.org  

</div>

*s/ Ian Ross*
Ian M. Ross, Fla. Bar No. 091214
Erica L. Perdomo, Fla. Bar No. 105466
STUMPHAUZER FOSLID SLOMAN
ROSS & KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
(305) 614-1400
iross@sfslaw.com
eperdomo@sfslaw.com

*Attorneys for Plaintiff*

FRED J. FEDERICI
Acting United States Attorney
/s/ Christine H. Lyman 8/31/21
CHRISTINE H. LYMAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103 (505) 224-1532
Fax: (505) 346-7205
Christine.Lyman@usdoj.gov
*Attorneys for the United States of America*