IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

S.E.B.M., a minor, by and through her next friend,
MARIA MENDEZ FELIPE,

    Plaintiff,                                      No. 21-cv-00095-JHR-LF

    v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER

Before the Court is the parties' Stipulated Motion to Hold Action in Abeyance (Doc 32) for an Additional Sixty (60) Days, and Correction to Stipulated Motion to Hold Action in Abeyance for (Doc 33) an Additional Sixty (60) Days. Based on the reasons provided in the stipulated motion and the correction, and good cause appearing therefor, the Court orders that this action, including all proceedings and case deadlines, shall be held in abeyance for an additional sixty (60) days. The stay will end on February 15, 2022, unless further extended by the Court.

**IT IS SO ORDERED.**

DATED:  December_21_, 2021

                                                                  _____
                                                                  JERRY H. RITTER
                                                                  United States Magistrate Judge