IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

S.E.B.M., a minor, by and through her next friend,
MARIA MENDEZ FELIPE,

    Plaintiff,                                  No. 21-cv-00095-JHR-LF

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER

Before the Court is the Plaintiff's Unopposed Motion (Doc. 38) for an extension of twenty-one days to file her response to the Government's Motion to Dismiss. (Doc. 16). Based on the reasons provided in the unopposed motion, and good cause appearing therefor, the Court orders that the Plaintiff's response will be due on or before March 8, 2022.

**IT IS SO ORDERED.**

DATED: February 7, 2022.

                                                JERRY H. RITTER
                                                United States Magistrate Judge