IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

S.E.B.M., a minor, by and through her next friend,
MARIA MENDEZ FELIPE,

    Plaintiff,

v.                                                      No. 21-cv-00095-JHR-LF

THE UNITED STATES OF AMERICA,

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE A RESPONSE TO PLAINTIFFS OPPOSED RULE 59 MOTION TO ALTER OR AMEND JUDGMENT**

Upon consideration of Defendant's Unopposed Motion to Extend Deadline to File its Response to Plaintiff's Opposed Rule 59 Motion to Alter or Amend Judgment (Doc. 65), the Court having reviewed the motion and being otherwise fully advised,

FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 18, 2023, to file its Response to Plaintiff's Opposed Rule 59 Motion to Alter or Amend Judgment (Doc. 65).

_____
HONORABLE JERRY H. RITTER
United States Magistrate Judge
Presiding by Consent