IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| S.E.B.M., a minor, by and through her next friend, MARIA MENDEZ FELIPE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 21-cv-00095-JHR-LF<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEAL OF PLAINTIFF S.E.B.M.

Notice is hereby given pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure that Plaintiff S.E.B.M., by and through her next friend, Maria Mendez Felipe, respectfully appeals to the United States Court of Appeals for the Tenth Circuit from the final Judgment in favor of Defendant entered March 6, 2023 (Dkt. 63) and from this Court's Opinion and Order Denying Plaintiff's Rule 59 Motion to Alter or Amend Judgment, dated November 13, 2023 (Dkt. 81), and from all underlying or associated orders.

Respectfully submitted: January 11, 2024

| | |
|---|---|
| /s/ Rebecca Sheff<br>Rebecca Sheff<br>NM Bar No. 159065<br>ACLU OF NEW MEXICO<br>P.O. Box 566<br>Albuquerque, NM 87103<br>Phone: (781) 718-0990<br>Fax: (505) 266-5916<br>rsheff@aclu-nm.org | /s/ Evelyn Wiese<br>Evelyn Wiese<br>Cal. Bar No. 338419<br>AMERICANS FOR IMMIGRANT JUSTICE<br>6355 NW 36 Street, Suite 2201<br>Miami, FL 33166<br>Phone: (305) 573-1106 Ext. 1995<br>Fax: (305) 576-6273<br>ewiese@aijustice.org |

/s/ Ian Ross
Ian M. Ross
Fla. Bar No. 091214
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Ste. 900
Miami, FL 33131
Phone: (305) 391-5100
Fax: (305) 391-5101
iross@sidley.com


*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2024, I filed the foregoing via the CM/ECF electronic filing system, which caused a copy of the same to be served on all parties or counsel of record.

*/s/ Rebecca Sheff*
Rebecca Sheff