FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

June 21, 2024

Christopher M. Wolpert  
Clerk of Court

─────────────────────────────────

| | |
|---|---|
| S.E.B.M., a minor, by and through her next friend, Maria Mendez Felipe, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant - Appellee. | No. 24-2008 <br> (D.C. No. 1:21-CV-00095-JHR-LF) <br> (D. N.M.) |

─────────────────────────────────

**ORDER**

─────────────────────────────────

Before **MATHESON** and **BACHARACH**, Circuit Judges.

─────────────────────────────────

This matter is before the court on the Plaintiff-Appellant S.E.B.M.'s Unopposed Motion for Limited Remand and Abatement of Appeal (the "Motion"). Upon consideration, the Motion is granted, as provided in this order.

This matter is remanded to the U.S. District Court for the District of New Mexico for the limited purpose of conducting any and all proceedings necessary and appropriate to consider the parties' anticipated motion(s) related to the settlement of this case.

In the meantime, this appeal is abated. All existing deadlines are vacated.

The appellant shall file a written report on July 22, 2024, to advise this court about the status of the district court proceedings, or within five days after any event that may

affect the abatement of this appeal. The appellant may file simultaneously with the status report a motion addressing future proceedings in this appeal, if appropriate.

                                                Entered for the Court
                                                CHRISTOPHER M. WOLPERT, Clerk

                                                by: Lara Smith
                                                    Counsel to the Clerk